1  TONY WEST
   Assistant Attorney General
2
   DANIEL G. BOGDEN
3  United States Attorney

4  JOHN R. GRIFFITHS
   Assistant Branch Director
5
   JOHN R. COLEMAN
6  VIKAS K. DESAI
   Trial Attorneys
7  Federal Programs Branch, Civil Division
   United States Department of Justice
8  20 Massachusetts Ave., N.W., Room 6118
   Washington, D.C., 20001
9  Telephone: (202) 514-4505
   Facsimile: (202) 616-8460
10 Email: John.Coleman3@usdoj.gov

11 Attorneys for the United States.

12
                    UNITED STATES DISTRICT COURT
13
                         DISTRICT OF NEVADA
14

15
   DISH NETWORK, L.L.C. AND DISH        )
16 NETWORK CORPORATION,                 )
                                        )
17              Plaintiffs,             )
                                        )
18      v.                              )   Case No.  2:10-CV-01075-JCM-(PAL)
                                        )
19 FEDERAL COMMUNICATIONS               )
   COMMISSION; JULIUS GENACHOWSKI      )
20 CHAIRMAN, AND MICHAEL J. COPPS,      )
   ROBERT M. MCDOWELL, MIGNON           )
21 CLYBURN, MEREDITH ATTWELL            )
   BAKER, COMMISSIONERS; AND UNITED     )
22 STATES OF AMERICA,                   )
                                        )
23              Defendants.             )
                                        )
24
          **ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY
25                            INJUNCTION**

26

1   Plaintiffs DISH Network Corp. and DISH Network L.L.C. filed a motion for a
2 preliminary injunction in the above-captioned matter on July 2, 2010 [3].  Defendants filed a
3 response on July 14, 2010 [16], and Plaintiffs filed a reply on July 19, 2010 [20].  On July 20,
4 2010, the Association of Public Television Stations filed a motion for leave to file an amicus
5 curiae memorandum in opposition to Plaintiffs' motion [21], and on July 21, 2010, Plaintiffs
6 filed a motion for leave to file additional declarations in support of their motion [22].  The Court
7 heard argument on Plaintiffs' motion for a preliminary injunction on July 22, 2010.

8   Based on the entire record before the Court, the argument of the parties, and for the
9 reasons stated from the bench, it is hereby

10   **ORDERED** that the Association of Public Television Stations' motion for leave to file
11 an amicus curiae memorandum is granted;

12   **FURTHER ORDERED** that Plaintiffs' motion for leave to file additional declarations is
13 granted; and

14   **FURTHER ORDERED** that Plaintiffs' motion for a preliminary injunction is denied.

16   Dated: this 30th day of July, 2010.

HON. JAMES C. MAHAN
United States District Judge