TONY WEST
Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

JOHN R. COLEMAN
VIKAS K. DESAI
Trial Attorneys
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C., 20001
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
Email: John.Coleman3@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DISH NETWORK, L.L.C. AND DISH NETWORK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JULIUS GENACHOWSKI CHAIRMAN, AND MICHAEL J. COPPS, ROBERT M. MCDOWELL, MIGNON CLYBURN, MEREDITH ATTWELL BAKER, COMMISSIONERS; AND UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.<br><br>**STIPULATION AND ORDER STAYING DISTRICT COURT PROCEEDINGS PENDING APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiffs Dish Network Corporation and DISH Network, LLC (collectively "DISH") and Defendants Federal Communication Commission, Julius Genachowski, Michael J. Copps, Robert M. McDowell, Mignon Clyburn, Meredith Attwell Baker and the United States of America (collectively "Defendants"), by their attorneys, hereby agree and stipulate, pursuant to LR 7-1, to the Court's entry of an order staying further proceedings in this Court pending resolution of DISH's appeal of the Court's Order denying DISH's motion for a preliminary injunction. Any stay entered by the Court shall not preclude the Court from ruling on DISH's pending motion for injunction pending appeal or preclude the Court from granting relief from the stay on the motion of any party and for good cause shown. Accordingly, all further proceedings in this litigation shall be stayed until further order of the Court.

IT IS SO STIPULATED AND AGREED

Dated: August 11, 2010.

JOHN L. KRIEGER
LEWIS AND ROCA, LLP

 /s/ John L. Krieger
John L. Krieger
Attorneys for Plaintiffs
DISH Network Corp. and DISH Network LLC

Dated:  August 11, 2010.

JOHN R. COLEMAN
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice

 /s/ John R. Coleman
John R. Coleman
Attorneys for Defendants
Federal Communications Commission;
Julius Genachowski, Chairman, and Michael J. Copps, Robert M. McDowell, Mignon Clyburn, Meredith Attwell Baker, Commissioners;
and United States Of America

IT IS SO ORDERED this 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE
The Honorable James C. Mahan

- 1 -