DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK, L.L.C. AND DISH NETWORK CORPORATION,<br><br>              Plaintiffs,<br><br>       v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JULIUS GENACHOWSKI CHAIRMAN, AND MICHAEL J. COPPS, ROBERT M. MCDOWELL, MIGNON CLYBURN, MEREDITH ATTWELL BAKER, COMMISSIONERS; AND UNITED STATES OF AMERICA<br><br>              Defendants. | Case No. 2:10-CV-01075-JCM-(PAL) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John R. Coleman and Vikas K. Desai to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Coleman and Mr. Desai are attorneys with the Federal Programs Branch, Civil Division, United States Department of Justice. Mr. Coleman is a member in good standing of

1 the Bar of the Commonwealth of Virginia (Bar No. 70908).  Mr. Desai is a member in good
2 standing of the Bar of the State of New York.
3     Accordingly, the United States respectfully requests that an order be issued allowing
4 John R. Coleman and Vikas K. Desai to practice before this honorable Court.
5     DATED this 14th day of July, 2010.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 16, 2011

2