DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK, L.L.C. AND DISH NETWORK CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; JULIUS GENACHOWSKI, CHAIRMAN, AND MICHAEL J. COPPS, ROBERT M. MCDOWELL, MIGNON CLYBURN, MEREDITH ATTWELL BAKER, COMMISSIONERS; AND UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 2:10-CV-01075-JCM-(PAL) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Lynn Y. Lee to practice before this honorable Court in all matters relating to the above-captioned case.

. . .

1  Ms. Lee is an attorney with the Department of Justice, Civil Division, Federal Programs
2  Branch, an agency of the federal government.  She is a member in good standing of the State Bar
3  of California (Bar No. 235531).

4  The following contact information is provided to the Court:

5  Lynn Yuhee Lee
   United States Department of Justice
6  Civil Division, Federal Programs Branch
   Washington, D.C. 20530
7  Tel: (202) 305-0531
   E-mail: lynn.lee@usdoj.gov

8
   Address for U.S. mail:
9  Post Office Box 883
   Washington, D.C. 20044
10
   Address for courier and hand delivery:
11 20 Massachusetts Avenue NW
   Room 7139
12 Washington, D.C. 20001

13  Accordingly, the United States respectfully requests that an order be issued allowing
14 Lynn Y. Lee to practice before this honorable Court.

15  DATED this 26th day of August, 2011.

16                                          Respectfully submitted,

17                                          DANIEL G. BOGDEN
                                            United States Attorney
18
                                             /s/ *Blaine Welsh*
19                                          BLAINE T. WELSH
                                            Assistant United States Attorney
20

21

22                                          IT IS SO ORDERED:

23                                          _____
24                                          UNITED STATES DISTRICT JUDGE
                                                    September 23, 2011
25                                          DATED: _____

26

2

**PROOF OF SERVICE**

I, Blaine T, Welsh, AUSA, certify that the following individuals were served on this date by the below identified method of service:

**Electronic Case Filing**

E. Leif Reid
John L. Krieger
Lewis and Roca, LLP
50 W. Liberty Street, #410
Reno, NV 89501
Email: lreid@lrlaw.com, jkrieger@lrlaw.com

Joshua Rosenkranz
Morton D. Dubin
Analea J. Patterson
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019-6142
Email: jrosenkranz@orrick.com, mdubin@orrick.com, apatterson@orrick.com

*Attorneys for Dish Network Corporation*

**U.S. Mail**

Interested Party
Association of Public Television Stations
c/o Lonna Thompson
2100 Crystal Dr, Ste 700
Arlington, VA 22202

DATED this 26th day of August, 2011.

                                          /s/ *Blaine Welsh*
                                          BLAINE T. WELSH
                                          Assistant United States Attorney